UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JORDAN WEXLER, individually,
and on behalf of all other similarly situated,

                  Plaintiff(s),                **STIPULATION**

     -against-

                                            **INDEX NO.: 16-CV-01739**

PAUL MICHAEL MARKETING
SERVICE. INC., D/B/A
PAUL MICHAEL ASSOICTES, a New York
Corporation,

                 Defendant(s).
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

the above entitled Conference scheduled for June 6, 2016 is hereby adjourned to June 20, 2016

on consent.

IT IS HEREBY STIPULATED AND AGREED that facsimile signatures are deemed to

be originals for the purposes of this Stipulation.

Dated:       Flushing, New York
               May 2, 2016

DREW WASSERMAN, ESQ.                    SHIMSHON WEXLER, ESQ.

By: _____                  By: _____
   Attorney for Defendant                       Attorney for Plaintiff
Paul Michael Marketing Service. Inc.      216 W. 104th Street, #129
186-09 Union Turnpike                 New York, New York 10025
Flushing, New York 11366            (212) 760-2400
(718) 454-4040                      (917) 512-6132 Facsimile
(718) 454-9413 Facsimile